UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN CROMIE, TANISHA TUTSON, and RUTHY HARRIS, individually and on behalf of all similarly situated individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois insurance company,<br><br>    Defendant. | Case No. 1:22-cv-03950<br><br>Hon. Harry D. Leinenweber |

**ALL STATE INSURANCE COMPANY, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Defendant Allstate Insurance Company, ("Defendant") states as follows:

1. Allstate Insurance Company is a wholly-owned subsidiary of The Allstate Corporation.

2. The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

Dated: August 24, 2022

    Respectfully submitted,

    LATHAM & WATKINS LLP

    By: /s/ *Russell Mangas*
         Russell Mangas

1

Russell Mangas (Bar No. 6306495)
  *russell.mangas@lw.com*
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767

*Counsel for Allstate Insurance Company*