## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Steven Cromie, et al.

                    Plaintiff,

v.                                     Case No.: 1:22−cv−03950
                                            Honorable Harry D. Leinenweber

Allstate Insurance Company

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 18, 2022:

      MINUTE entry before the Honorable Harry D. Leinenweber: Telephone Conference set for 10/20/22 is re−set to 8/22/23 at 9:00 a.m. Dial: 888−684−8852 or 215−446−0155, access code: 9582710#. The Court adopts the discovery schedule filed by the parties [17]. Fact discovery ordered closed on 5/31/23. Expert discovery ordered closed on 8/18/23. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.