IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN CROMIE, TANISHA TUTSON, and RUTHY HARRIS, individually and on behalf of all similarly situated individuals, | Case No. 1:22-cv-03950 |
| Plaintiffs, | Hon. Harry D. Leinenweber |
| v. | |
| ALLSTATE INSURANCE COMPANY, an Illinois insurance company, | |
| Defendant. | |

**ORDER COMPELLING**
**THE DISCLOSURE OF PHONE RECORDS**

THIS CAUSE came before the Court upon the Parties' Joint Motion for an Order Compelling the Disclosure of Phone Records, and the Court, after considering the Parties' Joint Motion, and being otherwise duly advised, hereby GRANTS the Parties' Joint Motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Without prejudice to its right to appear and object to the subpoena, Comcast Cable Communications, LLC shall produce call detail records (including date, time, and originating/ recipient telephone numbers) for Ms. Tutson's phone number ending in 5840 since July 1, 2021.

2. The Court is informed that Ms. Tutson consents to this disclosure. Nonetheless, the Parties shall inform Ms. Tutson of this order, and Ms. Tutson shall raise any objections within three days of the order.

DONE and ORDERED this 1st day of November 2022.

_____
Hon. Harry D. Leinenweber
United States District Judge

2